No. 91–6787. SMITH *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 91–6789. TORBERT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6790. BRUNDRIDGE *v.* OREGON BOARD OF PAROLE. C. A. 9th Cir. Certiorari denied.

No. 91–6791. SCHIMMEL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–6792. MAYNARD *v.* DIXON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–6793. GARCIA-CASTILLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6794. BIBBS *v.* ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–6795. BRITTAIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6796. DUNCAN *v.* LYNN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–6797. THOMAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6798. ANTONIO CONTRERAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6799. BASS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6800. WASHINGTON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6802. ANDREWS *v.* DELAND, DIRECTOR, UTAH DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–6803. CERVANTES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–6804. SANDERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.